IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| FRANKLIN AUTO ACQUSITIONS, INC., ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DANIEL EASON, HOFC, LLC, ) <br> and FLOC, LLC, ) <br> ) <br>     Defendants, ) | Case No.: _____ |

**VERIFIED COMPLAINT**

Plaintiff Franklin Auto Acquisitions, Inc., by and through counsel, brings this action against Defendants Daniel Eason, HOFC, LLC, and FLOC, LLC to address multiple violations of Eason's contractual obligations not to recruit Plaintiff's employees on behalf of Defendants HOFC and FLOC. Plaintiff hereby states as follows:

**PARTIES, JURISDICTION & VENUE**

1. Franklin Auto Acquisitions, Inc. (d/b/a Greenway Kia Franklin) (hereinafter "Plaintiff" or "Greenway Kia") is a Florida Corporation with its principal place of business located at 9001 E. Colonial Drive, Orlando, FL 32817.

2. Greenway Kia is an automotive dealership whose business includes the selling of new and used vehicles at its dealership located at 1413 Murfreesboro Road, Franklin, TN 37067.

3. Defendant Daniel Eason is believed to be residing at 2012 Berry Avenue, Florence, AL 35630. Eason previously worked for Greenway Kia as the General Manager and General Sales Manager. Upon information and belief, and according to its website, Eason is currently employed

1

as the General Sales Manager at Hyundai of Columbia at 1370 Nashville Highway, Columbia, TN 38401.

4. Defendant HOFC, LLC (d/b/a Hyundai of Columbia) is a Tennessee Limited Liability Company with its principal place of business located at 1370 Nashville Highway, Columbia, TN 38401 and may be served with process via its registered agent: HOFC, LLC, Joseph Marshall, 1370 Nashville Highway, Columbia, TN 38401.

5. Defendant FLOC, LLC (d/b/a Ford of Columbia) is a Tennessee Limited Liability Company with its principal place of business located at 1350 Nashville Highway, Columbia, TN 38401 and may be served with process via its registered agent: FLOC, LLC, Joseph Marshall, 1350 Nashville Highway, Columbia, TN 38401.

6. Hyundai of Columbia and Ford of Columbia are functionally related (and might be legally related). The two dealerships are adjoining one another on the same piece of property, they have the same person (Joseph Marshall) identified as their registered agent for service of process with the Tennessee Secretary of State's office, and they share the same General Manager (Chris Alexander) and Assistant General Manager (Patrick Robertson) according to their respective websites.

7. This Court has personal jurisdiction over Defendants HOFC, LLC and FLOC, LLC because they are located in the District and because they engaged in tortious interference in the District. This Court has personal jurisdiction over Eason because he engaged in the unlawful recruitment in this District and/or while employed by one or more of the corporate Defendants which are located in this District. Eason is further subject to personal jurisdiction because (a) the contract which is the subject of this litigation was entered into in this District, and (b) the persons Eason unlawfully recruited were employed in this District at the time of the recruitment.

8. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because the events or omissions giving rise to these causes of action occurred in the Middle District of Tennessee.

9. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship of the parties and the amount in controversy exceeds $75,000 exclusive of interest and costs. The liquidated damages provision in the contract at issue would well exceed six figures.

## FACTUAL BACKGROUND

10. Greenway Kia hired Eason on February 8, 2021. Eason initially served as Greenway Kia's General Sales Manager while also acting as the interim General Manager. In January 2022, Greenway Kia promoted Eason to be the General Manager. In August 2022, Eason moved back to the role of General Sales Manager.

11. On November 17, 2022, Eason signed a Non-Disclosure and Non-Solicitation Agreement (the "Agreement") with Greenway Kia. (A true and correct copy of the Agreement is attached as Exhibit 1).

12. The Agreement was signed in conjunction with a new pay plan for Eason, and it followed a contract with the same covenants that he had signed upon his hire.

13. Eason made several contractual promises to Greenway Kia in the Agreement, including a promise that he would not be involved in the solicitation or hire of Greenway Kia employees on behalf of himself or another automotive dealership. (Exhibit 1 at Paragraph 5).

14. Eason's contractual promise in that regard extends for a period of two years following his separation of employment from Greenway Kia.

15. Specifically, the Non-Solicitation of Employees provision states in relevant part:

> **Non-Solicitation of Employees:** Employee (on behalf of Employee or on behalf of any company or business entity that Employee owns,

is retained by, manages consults for, joins, controls, or finances that is in competition with the Dealership, which would be competitive with the Dealership, or provided the same or similar services as the Dealership, regardless of where located) agrees that during Employee's employment with the Dealership, and for a period twenty-four (24) consecutive months following the separation of Employee's employment for whatever reason, Employee shall not directly or indirectly solicit for employment or otherwise participate in the recruitment or hiring of any other employees of the Dealership, or former employees of the Dealership that have been separated from the Dealership's employment for less than six (6) months, for any business providing the same or similar services as the Dealership.

(Exhibit 1 at Paragraph 5).

16. The Agreement also addresses certain damages that Eason would incur and for which Eason would be liable if he violated his contractual obligation not to solicit/recruit Greenway Kia's employees:

> Employee agrees that immediate irreparable damage will result to Employer if the Employee breaches this paragraph of the Agreement, and that such damages are not presently susceptible of reasonable ascertainment, including damages such as costs associated with investigating, monitoring, or remedying the breach of this paragraph; costs associated with replacing employees; and lost productivity. Accordingly, if Employee breaches this paragraph of this Agreement, Employer shall be entitled to recover an amount equal to the annual salary, compensation, benefits, and other emoluments in effect with respect to the improperly solicited/recruited employee immediately prior to any breach hereof by Employee as liquidated damages the breach of this Agreement.
>
> The parties specifically acknowledge and agree that this liquidated damages provision is reasonably related to the damages incurred by the improper solicitation/recruitment. The parties agree that this liquidated damages provision does not constitute a penalty.

(Exhibit 1 at Paragraph 5).

17. In the Agreement, Eason agreed that his breach would cause Greenway Kia irreparable harm. (Exhibit 1 at Paragraph 6).

18. In the Agreement, Eason agreed that Greenway Kia could file suit to enjoin him from violating the Agreement. (Id.)

19. In the Agreement, Eason agreed that he would be liable to Greenway Kia for the costs and reasonable attorneys' fees incurred by Greenway Kia in seeking to enforce the Agreement. (Id.)

20. Paragraph 6 of the Agreement in full states as follows:

> **Remedies:** Employee recognizes and understands that the Dealership may not have any adequate remedy at law for the breach or threatened breach by Employee of any one or more of the promises set forth in this Agreement, and Employee agrees that any such breach would cause irreparable harm to the Dealership and its business. Employee agrees that the Dealership may, in addition to the other remedies which may be available to it, file a suit in equity to enjoin Employee from violation and breach of this Agreement. In the event the Employee violates any one of more of the promises set forth in this Agreement, Employee agrees that the period of proscription shall be extended to an equal period of proscription agreed to herein, from the date that Employee ceases, whether voluntary or by court order, engaging in those acts constituting the violation. In addition, the event that the Dealership prevails in any suit in equity or law to enforce this Agreement or to enjoin Employee from violation and breach this Agreement, Employee shall be liable to pay all costs, including reasonable attorney's fees, which the Dealership may incur in enforcing, to any extent, the provisions of this Agreement, whether or not litigation is actually commenced, and including litigation of any appeal taken or defended by the Dealership in any action to enforce this Agreement.
>
> (Exhibit 1).

21. Eason voluntarily resigned without notice from Greenway Kia on July 20, 2023.

22. Upon information and belief, Eason immediately became employed by Hyundai of Columbia as its General Sales Manager following his separation from Greenway Kia.

23. According to its website, Eason is currently employed by Hyundai of Columbia as its General Sales Manager. https://www.hyundaiofcolumbia.com/dealership/staff.htm

24. Upon information and belief, Eason has thus far solicited for employment or otherwise participated in the recruitment or hiring of seven persons who were recently employed by Greenway Kia and who are now employed by Hyundai of Columbia and/or Ford of Columbia.

25. The departure dates for the persons Eason solicited/recruited away are as follows: 7/21/23, 7/22/23, 7/24/23, 7/25/23, 7/27/23, 8/5/23, and 8/14/23.

26. On August 1, 2023, Greenway Kia sent Eason a letter reminding him of his contractual obligations as set forth in the Agreement and stating its belief that he was violating the non-solicitation of employees' provision. The letter also instructed Eason to cease and desist from further solicitation of Greenway Kia's personnel. (A true and correct copy of the letter to Eason is attached as Exhibit 2).

27. Greenway Kia sent the August 1, 2023 letter to Eason at his personal email address as well as attempting to send it to him via U.S. Certified Mail.

28. Also on August 1, 2023, Greenway Kia sent a letter to Chris Alexander, the General Manager at Ford of Columbia. At that time, Greenway Kia believed that Eason was working for or with Ford of Columbia.

29. In the letter to Chris Alexander/Ford of Columbia, Greenway Kia put Ford of Columbia on notice of Eason's Agreement and stated its belief that Eason was violating the Agreement by soliciting Greenway Kia employees to come work for Ford of Columbia. (A true and correct copy of the letter is attached as Exhibit 3).

30. In the letter to Chris Alexander/Ford of Columbia, Greenway Kia asked for a response by August 18, 2023.

31. Greenway Kia sent the August 1, 2023 letter to Chris Alexander/Ford of Columbia at Mr. Alexander's work email address (as identified on Ford of Columbia's website) as well as via U.S. Certified Mail (which was delivered on August 7, 2023).

32. Neither Eason nor Ford of Columbia responded to Greenway Kia's letters.

33. Upon information and belief, Eason (with knowledge of Hyundai of Columbia and Ford of Columbia) recruited additional persons away from Greenway Kia after receiving the August 1st letters.

34. On August 23, 2023, the undersigned counsel sent another correspondence to Defendant Eason. The correspondence was sent to Eason via email to his personal email address as well as his work email address listed on the website of Hyundai of Columbia (https://www.hyundaiofcolumbia.com/dealership/staff.htm). (A true and correct copy of the email is attached as Exhibit 4).

35. In the August 23, 2023 email to Eason, the undersigned referenced the prior cease and desist correspondence from Greenway Kia on August 1, 2023 and stated that Greenway Kia believed that Eason had continued to violate his contractual promise not to solicit Greenway Kia employees. The email also stated that Greenway Kia was providing Eason an opportunity to respond to its concerns before moving forward with litigation. Eason has not responded to that communication.

36. Also on August 23, 2023, the undersigned counsel sent an email to Defendant Hyundai of Columbia through Jon Price, the "Dealer Partner" as identified on the dealership's website - https://www.hyundaiofcolumbia.com/dealership/staff.htm. (A true and correct copy of the email is attached as Exhibit 5).

37. In the August 23, 2023 email to Hyundai of Columbia, the undersigned counsel referenced and attached the prior cease and desist correspondence from Greenway Kia to Chris Alexander (noting that Mr. Alexander is identified as the General Manager for Ford of Columbia and Hyundai of Columbia on their respective websites). The email also stated that Greenway Kia believed that Eason had violated his Agreement with Greenway Kia by recruiting away at least seven persons, some of whom were recruited after the earlier 8/1/23 notice to Ford of Columbia. Finally, the email invited Hyundai of Columbia and Ford of Columbia to respond to Greenway Kia's concerns before it moved forward with litigation. No one has responded to that communication.

## COUNT ONE – BREACH OF CONTRACT
### (Defendant Eason)

38. Greenway Kia repeats and incorporates by reference each of the allegations set forth in the prior paragraphs as if fully set forth herein.

39. The Agreement between Eason and Greenway Kia constitutes a valid and binding contract.

40. Greenway Kia has fully and effectively performed its obligations pursuant to the Agreement.

41. By recruiting and/or assisting Hyundai of Columbia and Ford of Columbia in the recruitment and hiring of the seven former Greenway Kia employees, Eason has breached the Non-Solicitation of Employees provision (Paragraph 5) of the Agreement.

42. As a direct and proximate result of Eason's breach of contract, Greenway Kia has suffered and continues to suffer damages.

43. Greenway Kia is therefore entitled to recover compensatory damages from Eason in an amount to be determined at trial.

44. Pursuant to Paragraph 5 of the Agreement, Greenway Kia is further entitled to recover from Eason liquidated damages equal to the annual compensation of the former Greenway Kia employees as well as attorneys' fees it has incurred and will incur as a result of Eason's breach of the Agreement.

## COUNT TWO – INJUNCTIVE RELIEF
**(Defendant Eason)**

45. Greenway Kia repeats and incorporates by reference each of the allegations set forth in the prior paragraphs as if fully set forth herein.

46. Eason's conduct in recruiting and/or assisting Hyundai of Columbia and Ford of Columbia in the recruitment and hire of the seven former Greenway Kia employees has caused and will cause irreparable and immediate injury, loss, and damage for which Greenway Kia has no adequate remedy at law.

47. Unless enjoined and restrained, Eason will continue to assist Hyundai of Columbia and Ford of Columbia in the recruitment of Greenway Kia employees in violation of the Agreement and cause further irreparable harm. In this regard, it is notable that (a) Eason continued to recruit Greenway Kia employees after he was notified of the concerns and his violations of the Agreement on August 1, 2023, and (b) Eason has not responded to either of the two communications from Greenway Kia and its counsel prior to the filing of this lawsuit.

48. Therefore, Greenway Kia respectfully requests that the Court grant immediate injunctive relief by temporarily and preliminarily restraining and enjoining Eason from (a) inducing Greenway Kia employees to terminate their relationship with Greenway Kia, and (b) recruiting and/or assisting Hyundai of Columbia and Ford of Columbia in the recruitment of Greenway Kia employees.

49. Greenway Kia further requests that this Court enter a permanent injunction to restrain and enjoin such conduct by Eason.

### COUNT THREE – INTENTIONAL INTERFERENCE OF CONTRACT/INTENTIONAL INDUCEMENT OF BREACH OF CONTRACT – COMMON LAW & STATUTORY LAW (Tenn. Code. Ann. §47-50-109)
**(Defendants Hyundai of Columbia and Ford of Columbia)**

50. Greenway Kia repeats and incorporates by reference each of the allegations set forth in the prior paragraphs as if fully set forth herein.

51. By permitting Eason to recruit Greenway Kia employees in violation of the Agreement (as evidenced by the fact that some employees were recruited after Ford of Columbia was placed on official notice of Eason's Agreement with Greenway Kia), Hyundai of Columbia and Ford of Columbia acted improperly, without privilege, and purposefully with the intent to injure, thereby tortiously interfering with the contractual relationship between Eason and Greenway Kia.

52. As a direct and proximate result of Hyundai of Columbia and Ford of Columbia's conduct, Greenway Kia has suffered and continues to suffer damages.

53. Greenway Kia is therefore entitled to recover compensatory damages and treble damages (Tenn. Code Ann. Section 47-50-109) from Hyundai of Columbia and Ford of Columbia in an amount to be determined at trial.

### COUNT FOUR – INJUNCTIVE RELIEF
**(Defendants Hyundai of Columbia and Ford of Columbia)**

54. Greenway Kia repeats and incorporates by reference each of the allegations set forth in the prior paragraphs as if fully set forth herein.

55. Hyundai of Columbia and Ford of Columbia's conduct in inducing the breach of contract by Eason has caused and will cause irreparable and immediate injury, loss, and damage for which Greenway Kia has no adequate remedy at law.

56. Unless enjoined and restrained, Hyundai of Columbia and Ford of Columbia will continue to induce Eason's breach of contract, causing further irreparable harm. In this regard, it is notable that (a) Eason continued to recruit Greenway Kia employees after he and Ford of Columbia were notified of the concerns and Eason's violations on August 1, 2023, and (b) Hyundai of Columbia and Ford of Columbia have not responded to either of the two communications from Greenway Kia and its counsel prior to the filing of this lawsuit.

57. Therefore, Greenway Kia respectfully requests that the Court grant immediate injunctive relief by temporarily and preliminarily restraining and enjoining Hyundai of Columbia and Ford of Columbia from inducing Eason to breach his contract with Greenway Kia.

58. Greenway Kia further requests that this Court enter a permanent injunction to restrain and enjoin such conduct by Hyundai of Columbia and Ford of Columbia.

## **REQUEST FOR RELIEF**

59. Wherefore, Greenway Kia demands and prays for the following relief:

   a. Issuance of the injunctive relief prayed for;

   b. Entry of judgment in favor of Greenway Kia against Eason for compensatory and liquidated damages in an amount to be determined at trial;

   c. Entry of judgment in favor of Greenway Kia against Hyundai of Columbia and Ford of Columbia for compensatory and treble damages (pursuant to Tenn. Code Ann. § 47-50-109) in an amount to be determined at trial;

   d. Attorneys' fees and costs incurred in pursuing this action;

e. A trial by jury as to any issue that is triable of right by jury; and

f. Such other and further relief as the Court deems just and equitable.

Respectfully submitted on this, the 6th day of September, 2023.

**FISHER & PHILLIPS LLP**

*/s/ Joseph P. Shelton*
Joseph P. Shelton (TN Bar No. 037426)
424 Church Street, Suite 1700
Nashville, TN 37219
Telephone: (615) 488-2900
Facsimile: (615) 488-2928
Email: jshelton@fisherphillips.com

- AND –

J. Gregory Grisham (TN Bar No. 013810)
1715 Aaron Brenner Drive, Suite 312
Memphis, TN 38120
Telephone: (901) 526-0431
Facsimile: (901) 526-8183
Email: ggrisham@fisherphillips.com
*Counsel for Plaintiff*

## SWORN VERIFICATION

I am the Executive Director of Human Resources and Risk for Greenway Automotive Management, LLC ("Greenway Automotive"). Franklin Auto Acquisitions, Inc. ("Franklin") is affiliated with Greenway Automotive through common ownership and is one of the automotive dealerships for which Greenway Automotive provides human resources and other management assistance. In my capacity with Greenway Automotive, I regularly approve the content and monitor the completion of all human resource forms utilized by Franklin, including the Agreement signed by Daniel Eason.

I declare under penalty of perjury that the foregoing allegations in the Verified Complaint are true and accurate to the best of my knowledge and belief, except those made upon information and belief. However, with respect to the allegations made upon information and belief, I declare under penalty of perjury that I reasonably believe them to be true.

Executed this 6th day of September, 2023.

Kenneth Jackson