IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| FRANKLIN AUTO ACQUISITIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 1:23-cv-00057 |
| ) | |
| DANIEL EASON, HOFC, LLC, ) | JUDGE CAMPBELL |
| and FLOC, LLC, ) | MAGISTRATE JUDGE HOLMES |
| ) | |
| Defendants. ) | |

## ORDER

This matter was administratively closed in November 2023 pending the outcome of the parties' arbitration. (Doc. No. 29). The parties have filed a Joint Stipulated Notice of Dismissal (Doc. No. 30), stating that the arbitration has concluded, and this matter should be dismissed with prejudice. Accordingly, this action is **DISMISSED** with prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE